UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN BLACK,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of the Social Security Administration,<br><br>　　　　　　　　　　Defendant. | Case No.:  20cv772-NLS<br><br>**ORDER ISSUING SUMMONS** |

On April 23, 2020, Plaintiff filed her original complaint in this case, along with a motion for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The Court found that Plaintiff met the financial requirements to proceed IFP, but screened out the complaint pursuant to 28 U.S.C. § 1915(a). ECF No. 5. The Court granted Plaintiff 60 days from the order to file an amended complaint, curing the deficiencies in the original complaint. *Id.*

On May 8, 2020, Plaintiff filed an amended complaint. ECF No. 7. The Court has reviewed the amended complaint and finds that it sufficiently states the reasons why Plaintiff disagreed with the ALJ's decision. Accordingly, the Court will issue summons on this amended complaint and **ORDERS** as follows:

1. The Clerk shall issue a summons as to Plaintiff's Amended Complaint (ECF No. 7) upon Defendant and shall forward it to Plaintiff along with a blank U.S. Marshal Form 285. In addition, the Clerk shall provide Plaintiff with a certified copy of this Order and a certified copy of her Complaint and the summons. Upon receipt of this "IFP Package," Plaintiff is directed to complete the Form 285 as completely and accurately as possible, and to return it to the U.S. Marshal according to the instructions provided by the Clerk in the letter accompanying her IFP package. Upon receipt, the U.S. Marshal shall serve a copy of the complaint and summons upon Defendant as directed by Plaintiff on the form. All costs of service shall be advanced by the United States. See 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).

2. Defendant shall reply to the complaint within the time provided by the applicable provisions of Federal Rule of Civil Procedure 12(a) and consistent with Civil Local Rule 7.1(e)(6).

3. Plaintiff shall serve upon Defendant or, if appearance has been entered by counsel, upon Defendant's counsel, a copy of every further pleading or other document submitted for consideration of the Court. Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on the Defendant or counsel of Defendant and the date of service.

**IT IS SO ORDERED.**

Dated: May 12, 2020

*/s/ Nita L. Stormes*
Hon. Nita L. Stormes
United States Magistrate Judge